UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 2-19-20905-PRW<br>Chapter: 11 |
| The Diocese of Rochester<br>aka The Roman Catholic Diocese of<br>Rochester | |
| Debtor(s) | |

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br>successor by merger to Commercial Insurance Company<br>of Newark, New Jersey, and Fireman's Insurance<br>Company of Newark, New Jersey | A.P. No.: 2-23-02014-PRW |
| Plaintiff(s) | |
| v. | |
| The Diocese of Rochester | |
| Defendant(s) | |

**TRANSMITTAL OF RECORD ON APPEAL PURSUANT TO BANKRUPTCY RULE 8010**

**TO:** Mary C. Loewenguth, Clerk of Court, U.S. District Court for the Western District of New York

**RE:** District Court Case No.: 24-CV-6621-CJS

Pursuant to Bankruptcy Rule 8010, the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above-captioned proceeding:

[ X ] Record on Appeal

    [ X ] Appellant Statement of Issues on Appeal: **A.P. Dkt# 104**

    [ ] Certification of No Transcript Ordered:

    [ ] Statement of Evidence in Lieu of Transcript:

    [X] Appellant Designation of Items included in Record on Appeal: **A.P. Dkt# 103**

    [X] Items designated by Appellant: **Bktcy Dkt#**

2296,2314,2336,2362,2363,2390,2406,2407,2408,2413,2433,2453,2474,2475,2481,2482,2500,2647,2648,2649,2695, 2696, 2700,2701,2713,2714,2715,2719,2720,2786,2787,2788. **A.P. Dkt#** 1,3,7,8,9,10,15,18,19,20,23, 24,25,32,35,46,47,48, 49,50,51,60,63,64,69,70,72,74,75,78,79,81,82,83,84,88,90,91,92, 96. Exhibits Admitted at Trial and Depositions provided on USB Drive.

    [ X ] Appellee Designation of Additional Items: **A.P. Dkt# 106**

        [ X ] Items designated by Appellee: **Bktcy Dkt# 1101, 1213, 1945 and Exhibits Admitted at Trial provided on USB Drive**

[ ] Appeal is unperfected for the following reasons:

    [ ] Filing Fee Unpaid. [ ] No request to proceed in forma pauperis.

    [ ] Appellant Designation of Items to be included in the record on appeal & Statement of Issues under Bankruptcy Rule 8009: [ ]Not Filed  [ ]Filed Late

    [ ] Pursuant to Bankruptcy Rule 8009(b), the Appellant has not filed a copy of the order of a transcript or a certificate stating that a transcript will not be ordered.

    [ ] Item(s) designated by [ ] Appellee  [ ] Appellant  not part of Bankruptcy case files:

    [ ] Other:

[ X ] Related Appeal: **None**

[ ] Other:

Date: Nov. 25, 2024

Lisa B Beaser

Lisa Bertino Beaser
Clerk of Court