UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>　　Plaintiff-Appellant,<br><br>　　v.<br><br>DIOCESE OF ROCHESTER,<br><br>　　Defendant-Appellee,<br><br>and<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　Intervenor-Appellee. | District Court Case No. 6:24-cv-06621-CJS<br><br><br><br>Appeal from Bankruptcy Adv. Proc. No. 23-2014-PRW |

**APPELLEE'S RESPONSE TO APPELLANT'S EMERGENCY *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF ON APPEAL**

Appellee, the Official Committee of Unsecured Creditors in the bankruptcy case of The Diocese of Rochester (Case No. 19-20905-PRW) submits this Response to *Appellant's Ex Parte Motion for Extension of Time to File Its Opening Brief on Appeal* and respectfully submits as follows.

　　1.　　Appellant's Notice of Appeal was filed on October 21, 2024 [Bankr. Adv. Proc. 23-2014, Docket No. 96].  Thus, by the time the Appellant's opening brief is due, Appellant will have had effectively sixty days to prepare its brief.

　　2.　　Appellee was and remains concerned about delay in the proceedings in the bankruptcy case as result of this appeal.  The Diocese of Rochester recently filed a revised plan and disclosure statement in its bankruptcy case, and Appellee is concerned of the potential delay to the confirmation

process while this appeal is outstanding.

3.Appellee believes that a twenty day extension for the Appellant to file its brief -- January 15, 2025, in light of the holidays, is reasonable under the circumstances. However, if this Court is inclined to grant a further extension the Appellee's will not offer any opposition to it.

Dated: December 17, 2024

Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Iain Nasatir
Karen B. Dine (admitted *pro hac vice*)
Jeffrey M. Dine
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:jstang@pszjlaw.com
ischarf@pszjlaw.com
inasatir@pszjlaw.com
kdine@pszjlaw.com
jdine@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors, Appellee*

BURNS BAIR LLP
Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
10 E. Doty Street, Suite 600
Madison, WI 53703
Telephone: (608) 286-2302
Email:tburns@burnsbair.com
jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors, Appellee*