UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>    Plaintiff-Appellant,<br><br>     v.<br><br>DIOCESE OF ROCHESTER,<br><br>    Defendant-Appellee,<br><br>and<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Intervenor-Appellee. | District Court Case No. 6:24-cv-06621-CJS<br><br><br>Bankruptcy Adv. Proc. No. 23-2014-PRW |

**APPELLANT'S DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P.7.1 and/or General Order No. 157, Appellant The Continental Insurance Company ("CNA"), CNA states as follows:

The Continental Insurance Company, a Pennsylvania insurance company is wholly owned by Continental Casualty Company. Continental Casualty Company is wholly owned by The Continental Corporation. The Continental Corporation is wholly owned by CNA Financial Corporation. CNA Financial Corporation has issued shares to the public. Loews Corporation owns the majority of the common stock of CNA Financial Corporation and is publicly traded. No other corporation owns 10% or more of the common stock of CNA Financial Corporation.

Dated:  December 30, 2024

Respectfully submitted,

      */s/ Jeffrey A. Dove*
Jeffrey A. Dove
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York  13202
Telephone:  (315) 413-7112
Facsimile:  (315) 703-7346
jdove@barclaydamon.com

Mark D. Plevin (admitted *pro hac vice*)
PLEVIN & TURNER LLP
580 California Street, Suite 1200
San Francisco, California 94104
Telephone:  (202) 580-6640
Email:  mplevin@plevinturner.com

David Christian (admitted *pro hac vice*)
DAVID CHRISTIAN ATTORNEYS LLC
105 West Madison Street, Suite 2300
Chicago, Illinois 60602
Telephone:  (312) 282-5282
Email:  dchristian@dca.law

Miranda H. Turner (admitted *pro hac vice*)
PLEVIN & TURNER LLP
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
Telephone:  (202) 580-6640
Email:  mturner@plevinturner.com

*Attorneys for The Continental Insurance Company, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey*