UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF ROCHESTER,<br><br>           Debtor. | Bankruptcy Court Main Case No. 2-19-20905-PRW<br><br>Chapter 11 |
| THE CONTINENTAL INSURANCE COMPANY, successor by merger to Commercial Insurance Company of Newark, New Jersey, and Firemen's Insurance Company of Newark, New Jersey,<br><br>           Plaintiff-Appellant,<br><br>     v.<br><br>THE DIOCESE OF ROCHESTER,<br><br>           Defendant-Appellee,<br><br>   and<br><br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>           Intervenor-Appellee. | **District Court Case No. 6:24-cv-06621-CJS**<br><br>Bankruptcy Court Adv. Proc. No. 2-23-02014-PRW |

**APPELLEES' JOINT RESPONSE TO
APPELLANT'S SUBMISSION OF ADDITIONAL AUTHORITY**

| | |
|---|---|
| Stephen A. Donato<br>Charles J. Sullivan<br>Grayson T. Walter<br>Gregory J. McDonald<br>BOND, SCHOENECK & KING, PLLC<br>110 West Fayette Street<br>One Lincoln Center<br>Syracuse, New York  13202-1355<br>Telephone:  (315) 218-8000<br>Facsimile:  (315) 218-8100<br>Email:       donatos@bsk.com<br>                  sullivc@bsk.com<br>                  walterg@bsk.com<br>                  gjmcdonald@bsk.com<br><br>*Counsel to The Diocese of Rochester* | James I. Stang (admitted pro hac vice)<br>Ilan D. Scharf<br>Iain Nasatir<br>Karen B. Dine<br>Jeffrey M. Dine<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>1700 Broadway, 36th Floor<br>New York, New York  10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:         jstang@pszjlaw.com<br>                    ischarf@pszjlaw.com<br>                    inasatir@pszjlaw.com<br>                    kdine@pszjlaw.com<br>                    jdine@pszjlaw.com<br><br>           -and-<br><br>Timothy W. Burns, Esq. (pro hac vice)<br>Jesse J. Bair, Esq. (pro hac vice)<br>BURNS BAIR LLP<br>10 E. Doty St., Suite 600<br>Madison, Wisconsin 53703<br>Telephone: 608-286-2808<br>Email:         tburns@burnsbair.com<br>                    jbair@burnsbair.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

Appellees The Diocese of Rochester (the "**Diocese**") and the Official Committee of Unsecured Creditors of the Diocese of Rochester (the "**Committee**") submit this response to Appellant Continental Insurance Company's ("**CNA**") submission of additional authority (Docket No. 16) asserting that the decision of Northern District of Illinois in *In re H&H Fast Properties, Inc.* (Exhibit A to Appellant's submission) supports Appellant's position that a debtor is bound by an unsigned settlement agreement regardless of bankruptcy court approval of that settlement agreement.

*H&H* does not alter the fundamental requirement that a transaction outside of the "ordinary course of business" cannot be binding on a debtor until approved by the Court. *Motorola, Inc. v. Off. Comm. of Unsecured Creditors (In re Iridium Operating LLC)*, 478 F.3d 452, 466 (2d Cir. 2007).

*H&H* relies on the reasoning of *Liberty Towers*[1] to find that where the debtor *withdrew* a 9019 Motion without disclosing good cause, the debtor could not then argue that the agreement was unenforceable because it had not been approved by the bankruptcy court. *H&H*, slip op. at 5-9.

---

[1] *Liberty Towers Realty, LLC v. Richmond Liberty, LLC*, 569 B.R. 534, 542-43 (E.D.N.Y. 2017), *aff'd*, 734 F. App'x 68 (2d Cir. 2018) (holding where an agreement is no longer in the best interests of the estate, the debtor may oppose approval of a 9019 Motion).

The analysis in *H&H* does not apply here.  *First*, the Diocese did not withdraw the 9019 Motion – a key factor in the court's reasoning in *H&H*.  *Id.* at 9.

*Second,* unlike *H&H*, the Bankruptcy Court determined, after trial and applying the Second Circuit's *Winston* four-factor analysis, that the proposed settlement CNA agreement was not an enforceable agreement.  AA0872-77.

*Third*, the Diocese had ample cause not to enter into the proposed settlement agreement with CNA without Bankruptcy Court approval.  The Bankruptcy Court made clear to the Diocese that no plan of reorganization could be confirmed over the Committee's objection and, given the Committee's strong objection, the proposed CNA settlement (which could not have been final and consummated until the Settlement Agreement Effective Date occurred) would never have come to fruition.  *See Appellees' Joint Responding Brief* (Docket No. 14) at 7, 15-16, 21-22.

*H&H Fast Properties* is simply not relevant to the issues here.

Dated: June 30, 2025

**BOND, SCHOENECK & KING, PLLC**

By:     */s/ Stephen A. Donato*
Stephen A. Donato
Charles J. Sullivan
Grayson T. Walter
Gregory J. McDonald
110 West Fayette Street
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email:     donatos@bsk.com
            sullivc@bsk.com
            walterg@bsk.com
            gjmcdonald@bsk.com

**PACHULSKI, STANG, ZIEHL & JONES, LLP**

By:     */s/ Ilan D. Scharf*
James I. Stang (admitted pro hac vice)
Ilan D. Scharf
Iain Nasatir
Karen B. Dine
Jeffrey M. Dine
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:     jstang@pszjlaw.com
            ischarf@pszjlaw.com
            inasatir@pszjlaw.com
            kdine@pszjlaw.com
            jdine@pszjlaw.com

*-and-*

**BURNS BAIR LLP**
Timothy W. Burns, Esq. (*pro hac vice*)
Jesse J. Bair, Esq. (*pro hac vice*)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703
Telephone: 608-286-2808
Email:     tburns@burnsbair.com
           jbair@burnsbair.com

*Counsel to the Official Committee of Unsecured Creditors*